No. 438. GILMORE *v.* NEW MEXICO. November 8, 1943. *Per Curiam:* The appeal is dismissed for the want of a

substantial federal question. *Hoke* v. *United States,* 227 U. S. 308, 324; *Berger* v. *United States,* 295 U. S. 78, 82. *Mr. Edwin Mechem* for appellant.